AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ERIC MARTIN | Case No.   2:03cr060-WHA |
| | USM No.   11187-002 |
| | Stephen P. Ganter |
| | Defendant's Attorney |

**THE DEFENDANT:**

✔ admitted guilt to violation of condition(s)   1, 2 and 4 of the petition   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from using a controlled substance | 8/9/2012 |
| 2 | Failure to report for drug testing as required | 7/27/2012 |
| 4 | Failure to participate in the Location Monitoring Program as directed | 8/27/2012 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violation #3 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2665

Defendant's Year of Birth:   1971

City and State of Defendant's Residence:
Hayneville, AL 36040

September 18, 2012
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

September 18, 2012
Date

DEFENDANT:        ERIC MARTIN
CASE NUMBER:      2:03cr060-WHA

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
**9 months, with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on September 8, 2003, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 9 months.

- ☐ The court makes the following recommendations to the Bureau of Prisons:

- ✔ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
    - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - ☐ before 2 p.m. on _____ .
    - ☐ as notified by the United States Marshal.
    - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL